NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1456, -1478

HEALTHPORT CORPORATION,

Plaintiff-Appellant,

v.

TANITA CORPORATION OF AMERICA,

Defendant-Cross Appellant.

Frank Frisenda, Frisenda, Quinton & Nicholson, of Los Angeles, California, argued for plaintiff-appellant.

Joel M. Freed, McDermott Will & Emery LLP, of Washington, DC, argued for defendant-cross appellant. With him on the brief were Kenneth L. Cage, Natalia V. Blinkova, and Bureden J. Warren.

Appealed from: United States District Court for the District of Oregon

Judge Ancer L. Haggerty

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1456, -1478

HEALTHPORT CORPORATION,

Plaintiff-Appellant,

v.

TANITA CORPORATION OF AMERICA,

Defendant-Cross Appellant.

# Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

in CASE NO(S).       06-CV-419

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (SCHALL, GAJARSA, and MOORE, <u>Circuit Judges</u>).

       AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

                 ENTERED BY ORDER OF THE COURT

DATED <u>May 11, 2009</u>         <u>/s/ Jan Horbaly</u>
                       Jan Horbaly, Clerk